AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00126 |
| Darl McDorman | ) Assigned To : Judge Zia M. Faruqui |
| | ) Assign. Date : 4/9/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Darl McDorman__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1) and (b) – Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 1752(a)(1) and (b)(1)(A) – Entering and Remaining in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(2) and (b)(1)(A) – Disorderly and Disruptive Conduct in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
18 U.S.C. § 1752(a)(4) and (b)(1)(A) – Engaging in Physical Violence in a Restricted Building or Grounds with a Deadly or Dangerous Weapon,
40 U.S.C. § 5104(e)(2)(D) – Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F) – Act of Physical Violence in the Capitol Grounds or Buildings.

Date: __04/09/2024__                                          *Zia M. Faruqui*
                                                              *Issuing officer's signature*

City and state:   __Washington, D.C.__                  Zia M. Faruqui, U.S. Magistrate Judge
                                                              *Printed name and title*

---

### Return

This warrant was received on *(date)* __04/09/2024__, and the person was arrested on *(date)* __04/11/2024__
at *(city and state)*  __WAYNESBORO, VA__.

Date: __04/11/2024__
                                                              *Arresting officer's signature*

                                                              BRAD BYRACKER  SPECIAL AGENT
                                                              *Printed name and title*